**Order entered September 27, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00098-CR

### GWENDOLYN COY STEGAL, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the County Criminal Court No. 3**
**Dallas County, Texas**
**Trial Court Cause No. MB14-18031-C**

## ORDER

The reporter's record in this appeal, filed February 16, 2016, does not contain the State's Exhibit No. 1, the video from the police car. The Court **ORDERS** court reporter Pamela Durke-Sweeney to file, within **FIFTEEN DAYS** of the date of this order, a supplemental record containing a certified copy of State's Exhibit No. 1.

We **DIRECT** the Clerk to send copies of this order to Pamela Durke-Sweeney, court reporter, and to counsel for all parties.

/s/    LANA MYERS
JUSTICE